IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HENRY JAMES LAGI,

       Petitioner,

v.

STATE OF FLORIDA,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1609

Opinion filed May 17, 2017.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Henry James Lagi, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

       DISMISSED.  See Logan v. State, 846 So. 2d 472 (Fla. 2004).

WOLF, RAY, and BILBREY, JJ., CONCUR.